UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20405-RKA

UNITED STATES OF AMERICA

v.

ILDEMAR JOSE CHIRINOS-TORRES,
BRIANN RICARDO HERNANDEZ-CASTILLO,
LARRY JUNIOR MENDEZ-RUIZ,
ALEJANDRO MOISES, and
RAYNNER JORLAND PACHECO-SANDOVAL,

    **Defendants.**
_____/

**GOVERNMENT'S EXHIBIT LIST**

    The United States of America hereby submits the attached Exhibit List for the sentencing hearing scheduled to take place on November 3, 2025.

                                              Respectfully submitted,

                                              JASON REDING QUIÑONES
                                              United States Attorney

                          By:    */s Altanese Phenelus*
                                 Altanese Phenelus
                                 Assistant United States Attorney
                                 FL Bar No. 112693
                                 99 N.E. 4th Street
                                 Miami, FL 33132
                                 (305) 961-9375
                                 Altanese.Phenelus@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20405-RKA

UNITED STATES OF AMERICA

v.

ILDEMAR JOSE CHIRINOS-TORRES,
BRIANN RICARDO HERNANDEZ-CASTILLO,
LARRY JUNIOR MENDEZ-RUIZ,
ALEJANDRO MOISES, and
RAYNNER JORLAND PACHECO-SANDOVAL,

      Defendants.
_____/

## EXHIBIT LIST

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSA:<br>Altanese Phenelus | Defendant Hernandez-Castillo's Attorney:<br>James Swetz<br><br>Defendant Mendez-Ruiz's Attorney:<br>Marissel Descalzo<br><br>Defendant Moises' Attorney:<br>Joseph Rosenbaum<br><br>Defendant Pacheco-Sandoval's Attorney:<br>Gennaro Cariglio, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | | | |
| **Exhibit No.** | | | | | **Description of Exhibit** | |
| 1. | | | | | Audemars Piguet Appraisal | |
| 2. | | | | | Victim Loss Affidavit and Impact Statement | |

2

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSA:<br>Altanese Phenelus | Defendant Hernandez-Castillo's Attorney:<br>James Swetz<br><br>Defendant Mendez-Ruiz's Attorney:<br>Marissel Descalzo<br><br>Defendant Moises' Attorney:<br>Joseph Rosenbaum<br><br>Defendant Pacheco-Sandoval's Attorney:<br>Gennaro Cariglio, Jr. |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | | | |
| 2a. | | | | | Victim Supplemental Loss Affidavit | |
| 3. | | | | | Audemars Piguet Box 1 | |
| 4. | | | | | Audemars Piguet Box 2 | |
| 5. | | | | | Audemars Piguet Warranty 1 | |
| 6. | | | | | Audemars Piguet Warranty 2 | |
| 7. | | | | | Audemars Piguet Warranty Book | |
| 8. | | | | | Victim with Audemars Piguet Watch | |
| 9. | | | | | Audemars Piguet Watch on Victim's Wrist | |
| 10. | | | | | Audemars Piguet Watch | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 31, 2025.

                                                  */s/ Altanese Phenelus*
                                                  Altanese Phenelus
                                                  Assistant United States Attorney